**Order entered August 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00512-CR

**NIJEL JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-14038-M**

## ORDER

The reporter's record was due July 19, 2019. By postcard dated July 24, 2019, we notified official court reporter Belinda Baraka that the reporter's record was past due and directed her to file it within thirty days. To date, the record has not been filed and we have had no communication from Ms. Baraka.

We **ORDER** the complete reporter's record filed **BY SEPTEMBER 9, 2019**. We caution Ms. Baraka that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/     CORY L. CARLYLE
JUSTICE